IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jewell Heighton, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:12cv38 |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 18, 2013 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 4, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, this matter is **REMANDED** for an award of benefits from plaintiff's disability onset date of May 31, 2008 to January 21, 2011, the date of the Administrative Law Judge's decision.

The decision is **REVERSED** pursuant to Sentence Four of 42 U.S.C. § 405(g) consistent with this opinion and remanded for an award of benefits.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court